# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: ADAMS, DOUGLAS M. | § | Case No. 08-20217 |
| ADAMS, LEANNE | § |  |
|  | § |  |
| Debtor(s) | § |  |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 01, 2008. The undersigned trustee was appointed on August 01, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          46,658.03

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 86.25 |
| Bank service fees | 1,592.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          44,979.78

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims of this case was 02/10/2009 and the deadline for filing governmental claims was 01/28/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $23,632.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $23,632.90, for a total compensation of $23,632.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $82.47 and now requests reimbursement for expenses of $0.00, for total expenses of $82.47.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/24/2012          By:/s/JOHN E. GIERUM
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20217
**Case Name:** ADAMS, DOUGLAS M.
ADAMS, LEANNE
**Period Ending:** 12/24/12

**Trustee:** (520171)   JOHN E. GIERUM
**Filed (f) or Converted (c):** 08/01/08 (f)
**§341(a) Meeting Date:** 09/15/08
**Claims Bar Date:** 02/10/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate 145 Parker Drive    (s) | 430,000.00 | 77,219.24 | | 4,856.13 | FA |
| 2 | 2-72Vacant Land 4Lots 1, 2, 3 and 4 Brazel Lake, | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Deposits of Money | 37.00 | 0.00 | DA | 0.00 | FA |
| 4 | PDeposits of Money City Bank | 4,261.00 | 1,773.00 | DA | 0.00 | FA |
| 5 | 32Deposits of Money Bank of the Lakes | 152.00 | 152.00 | DA | 0.00 | FA |
| 6 | Living Room Furniture and Televisions video, and | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | DVD Players, VCR and Stereo | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Bedroom Sets, Washer and Dryer | 650.00 | 0.00 | DA | 0.00 | FA |
| 9 | Dining Room Set, Kitchen Table and Chairs | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Utensils, Stove, Refigerator and Microwave | 475.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wearing Apparel | 750.00 | 0.00 | DA | 0.00 | FA |
| 12 | Jewelry | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Cash Surrender Value in Life Insurance | 39,154.00 | 0.00 | DA | 0.00 | FA |
| 14 | Cash Surrender Value in Life Insurance American | 10,814.00 | 0.00 | DA | 0.00 | FA |
| 15 | 401K Plan | 37,807.00 | 0.00 | DA | 0.00 | FA |
| 16 | DF401K Plan Funds | 19,847.00 | 0.00 | DA | 0.00 | FA |
| 17 | Adams Stair Works & Carpentry, Inc. businesses. | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | Corporate Circle LLC Interest) Estimated Value | 280,000.00 | 280,000.00 | | 41,779.00 | FA |
| 19 | Progress Drive, LLC Interest) Estimated Value | 150,000.00 | 150,000.00 | OA | 0.00 | FA |
| 20 | Grayslake Ventures, LLC Interest) Estimated Val | 44,000.00 | 44,000.00 | OA | 0.00 | FA |
| 21 | Street Brokerage Accounts 247332 and AFO 010057 | 87,081.00 | Unknown | DA | 0.00 | FA |
| 22 | 2003 Ford Explorer (75000 miles) and accessories | 5,000.00 | 1,596.00 | DA | 0.00 | FA |
| 23 | Chevrolet Colorado Pick Up (40,000 miles) With C | 15,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 22.90 | Unknown |
| 24 | Assets    Totals (Excluding unknown values) | $1,329,378.00 | $554,740.24 | | $46,658.03 | $0.00 |

**Major Activities Affecting Case Closing:**

investigated LLC values, liens against and concluded same.

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20217
**Case Name:** ADAMS, DOUGLAS M.
ADAMS, LEANNE
**Period Ending:** 12/24/12

**Trustee:**      (520171)    JOHN E. GIERUM
**Filed (f) or Converted (c):**  08/01/08 (f)
**§341(a) Meeting Date:**   09/15/08
**Claims Bar Date:**     02/10/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011        **Current Projected Date Of Final Report (TFR):**    December 31, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-20217 |
| **Case Name:** | ADAMS, DOUGLAS M. |
| | ADAMS, LEANNE |
| **Taxpayer ID #:** | **-***5466 |
| **Period Ending:** | 12/24/12 |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-****82-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/03/08 | {1} | Saturn Title LLC | SALE PROCEEDS | | 1110-000 | 4,856.13 | | 4,856.13 |
| 11/03/08 | | Saturn Title | SALE PROCEEDS | 391,000.00 | 1110-000 | | | 4,856.13 |
| 11/03/08 | | | Liens | -322,780.76 | 4110-000 | | | 4,856.13 |
| 11/03/08 | | | Realtor's fee | -19,825.00 | 3510-000 | | | 4,856.13 |
| 11/03/08 | | | Property Tax ( pre-petition) | -7,376.12 | 4700-000 | | | 4,856.13 |
| 11/03/08 | | | Property tax (post-petition) | -1,844.03 | 2820-000 | | | 4,856.13 |
| 11/03/08 | | | Homestead exemption | -30,000.00 | 8100-002 | | | 4,856.13 |
| 11/03/08 | | | Costs to sell | -4,317.96 | 2500-000 | | | 4,856.13 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | | 1270-000 | 0.31 | | 4,856.44 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.34 | | 4,856.78 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.19 | | 4,856.97 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.18 | | 4,857.15 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.21 | | 4,857.36 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.19 | | 4,857.55 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.19 | | 4,857.74 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.21 | | 4,857.95 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.20 | | 4,858.15 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.20 | | 4,858.35 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.19 | | 4,858.54 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.19 | | 4,858.73 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.20 | | 4,858.93 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.20 | | 4,859.13 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.19 | | 4,859.32 |
| 02/12/10 | | To Account #********8266 | TRANSFER OF FUNDS | | 9999-000 | | 3.78 | 4,855.54 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.18 | | 4,855.72 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.21 | | 4,855.93 |
| 04/06/10 | {18} | Corporate Circle L.L.C. | SALE PROCEEDS | | 1129-000 | 36,000.00 | | 40,855.93 |
| 04/06/10 | {18} | Corporate Circle L.L.C. | Dividend | | 1123-000 | 5,779.00 | | 46,634.93 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | | 1270-000 | 0.82 | | 46,635.75 |
| 04/20/10 | | Wire out to BNYM account 9200******8265 | Wire out to BNYM account 9200******8265 | | 9999-000 | -46,635.75 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3.78 | 3.78 | $0.00 |
| Less: Bank Transfers | -46,635.75 | 3.78 | |
| **Subtotal** | 46,639.53 | 0.00 | |
| Less: Payments to Debtors | | 30,000.00 | |
| **NET Receipts / Disbursements** | **$46,639.53** | **$-30,000.00** | |

{} Asset reference(s)

Printed: 12/24/2012 12:03 PM    V.13.11

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-20217 |
| **Case Name:** | ADAMS, DOUGLAS M. |
| | ADAMS, LEANNE |
| **Taxpayer ID #:** | **-***5466 |
| **Period Ending:** | 12/24/12 |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***.****82-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/10 | | From Account #********8265 | TRANSFER OF FUNDS | 9999-000 | 3.78 | | 3.78 |
| 02/12/10 | 101 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 08-20217 | 2300-000 | | 3.78 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3.78 | 3.78 | $0.00 |
| Less: Bank Transfers | 3.78 | 0.00 | |
| **Subtotal** | 0.00 | 3.78 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $3.78 | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-20217 |
| **Case Name:** | ADAMS, DOUGLAS M. |
| | ADAMS, LEANNE |
| **Taxpayer ID #:** | **-***5466 |
| **Period Ending:** | 12/24/12 |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******82-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8265 | Wire in from JPMorgan Chase Bank, N.A. account ********8265 | 9999-000 | 46,635.75 | | 46,635.75 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.98 | | 46,636.73 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.77 | | 46,639.50 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.68 | | 46,642.18 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.78 | | 46,644.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.77 | | 46,647.73 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,648.11 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,648.50 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,648.88 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,649.27 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,649.66 |
| 02/04/11 | | To Account #9200******8266 | TRANSFER OF FUNDS | 9999-000 | | 40.73 | 46,608.93 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 46,609.28 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,609.67 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,610.05 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,610.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,610.82 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,611.21 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 89.39 | 46,521.82 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,522.21 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 108.36 | 46,413.85 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.19 | 46,417.04 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,417.42 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.37 | 46,322.05 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,322.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.01 | 46,230.43 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 46,230.80 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.33 | 46,129.47 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,129.86 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.78 | 46,035.08 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,035.47 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.63 | 45,934.84 |
| 02/07/12 | | To Account #9200******8266 | TRANSFER OF FUNDS | 9999-000 | | 41.74 | 45,893.10 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.93 | 45,802.17 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.85 | 45,708.32 |

Subtotals :  $46,654.25  $945.93

{} Asset reference(s)

Printed: 12/24/2012 12:03 PM   V.13.11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 08-20217
Case Name: ADAMS, DOUGLAS M.
ADAMS, LEANNE
Taxpayer ID #: **-***5466
Period Ending: 12/24/12

Trustee: JOHN E. GIERUM (520171)
Bank Name: The Bank of New York Mellon
Account: 9200-******82-65 - Checking Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.54 | 45,617.78 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 102.83 | 45,514.95 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.15 | 45,424.80 |
| 07/09/12 | | To Account #9200******8266 | TRANSFER OF FUNDS | 9999-000 | | 45,424.80 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 46,654.25 | 46,654.25 | $0.00 |
| Less: Bank Transfers | 46,635.75 | 45,507.27 | |
| Subtotal | 18.50 | 1,146.98 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $18.50 | $1,146.98 | |

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

Case Number: 08-20217
Case Name: ADAMS, DOUGLAS M.
             ADAMS, LEANNE
Taxpayer ID #: **-***5466
Period Ending: 12/24/12

Trustee: JOHN E. GIERUM (520171)
Bank Name: The Bank of New York Mellon
Account: 9200-******82-66 - Checking Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******8265 | TRANSFER OF FUNDS | 9999-000 | 40.73 | | 40.73 |
| 02/07/11 | 10102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #08-20217, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 40.73 | 0.00 |
| 02/07/12 | | From Account #9200******8265 | TRANSFER OF FUNDS | 9999-000 | 41.74 | | 41.74 |
| 02/10/12 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #08-20217, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 41.74 | 0.00 |
| 07/09/12 | | From Account #9200******8265 | TRANSFER OF FUNDS | 9999-000 | 45,424.80 | | 45,424.80 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.25 | 45,356.55 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 96.04 | 45,260.51 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.56 | 45,173.95 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.82 | 45,072.13 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.35 | 44,979.78 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 45,507.27 | 527.49 | $44,979.78 |
| Less: Bank Transfers | | 45,507.27 | 0.00 | |
| Subtotal | | 0.00 | 527.49 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $527.49 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****82-65 | 46,639.53 | -30,000.00 | 0.00 |
| Checking # ***-*****82-66 | 0.00 | 3.78 | 0.00 |
| Checking # 9200-******82-65 | 18.50 | 1,146.98 | 0.00 |
| Checking # 9200-******82-66 | 0.00 | 527.49 | 44,979.78 |
| | $46,658.03 | $1,678.25 | $44,979.78 |

Case 08-20217    Doc 103    Filed 02/07/13    Entered 02/07/13 14:54:14    Desc Main
Document    Page 10 of 13
Printed: 12/24/12 12:03 PM

Page: 1

## Claims Proposed Distribution

### Case: 08-20217   ADAMS, DOUGLAS M.

**Case Balance:**   $44,979.78        **Total Proposed Payment:**   $44,979.78        **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Lois West, Popowcer Katten, Ltd. | Admin Ch. 7 | 1,104.00 | 1,104.00 | 0.00 | 1,104.00 | 1,104.00 | 43,875.78 |
| | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | JOHN E. GIERUM | Admin Ch. 7 | 23,632.90 | 23,632.90 | 0.00 | 23,632.90 | 23,632.90 | 20,242.88 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | JOHN E. GIERUM | Admin Ch. 7 | 82.47 | 82.47 | 82.47 | 0.00 | 0.00 | 20,242.88 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| 7 | Terry Hawkins | Priority | 3,681.49* | 3,681.49 | 0.00 | 3,681.49 | 0.00 | 20,242.88 |
| 11P | Herbert M. Hay | Priority | 1,139.58* | 1,139.58 | 0.00 | 1,139.58 | 0.00 | 20,242.88 |
| 1 | Illinois Department of Employment Security | Priority | 11,790.14 | 11,790.14 | 0.00 | 11,790.14 | 1,081.49 | 19,161.39 |
| 2P-2 | Illinois Department of Revenue | Priority | 3,893.00 | 3,893.00 | 0.00 | 3,893.00 | 357.10 | 18,804.29 |
| 10 | Internal Revenue Service | Priority | 205,000.00 | 205,000.00 | 0.00 | 205,000.00 | 18,804.29 | 0.00 |
| 2U-2 | Illinois Department of Revenue | Unsecured | 559.00 | 559.00 | 0.00 | 559.00 | 0.00 | 0.00 |
| 3 | Frank Paxton Lumber Company, LLC | Unsecured | 42,484.00 | 42,484.00 | 0.00 | 42,484.00 | 0.00 | 0.00 |
| 4 | Platte River Insurance Co. | Unsecured | 15,000.00 | 15,000.00 | 0.00 | 15,000.00 | 0.00 | 0.00 |
| 5 | Midwest/Metro Hardwood | Unsecured | 13,533.00 | 13,533.00 | 0.00 | 13,533.00 | 0.00 | 0.00 |
| 6 -2 | CHASE BANK USA, NA | Unsecured | 11,315.27 | 11,315.27 | 0.00 | 11,315.27 | 0.00 | 0.00 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 22,444.22 | 22,444.22 | 0.00 | 22,444.22 | 0.00 | 0.00 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 22,544.62 | 22,544.62 | 0.00 | 22,544.62 | 0.00 | 0.00 |
| 11U | Herbert M. Hay | Unsecured | 9,223.06* | 9,223.06 | 0.00 | 9,223.06 | 0.00 | 0.00 |
| 12 | First National Bank of McHenry | Unsecured | 602,675.64 | 602,675.64 | 0.00 | 602,675.64 | 0.00 | 0.00 |

| | Total for Case 08-20217 : | | $990,102.39 | $990,102.39 | $82.47 | $990,019.92 | $44,979.78 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $24,819.37 | $24,819.37 | $82.47 | $24,736.90 | 100.000000% |
| **Total Priority Claims :** | $225,504.21 | $225,504.21 | $0.00 | $20,242.88 | 8.976719% |
| **Total Unsecured Claims :** | $739,778.81 | $739,778.81 | $0.00 | $0.00 | 0.000000% |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-20217
Case Name: ADAMS, DOUGLAS M.
Trustee Name: JOHN E. GIERUM

**Balance on hand:**     $     44,979.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     44,979.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 23,632.90 | 0.00 | 23,632.90 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 1,104.00 | 0.00 | 1,104.00 |

Total to be paid for chapter 7 administration expenses:     $     24,736.90
Remaining balance:     $     20,242.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | None | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     20,242.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $225,504.21 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 11,790.14 | 0.00 | 1,081.49 |
| 2P-2 | Illinois Department of Revenue | 3,893.00 | 0.00 | 357.10 |
| 10 | Internal Revenue Service | 205,000.00 | 0.00 | 18,804.29 |

**UST Form 101-7-TFR (05/1/2011)**

Total to be paid for priority claims:   $         20,242.88
Remaining balance:   $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,103.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 2U-2 | Illinois Department of Revenue | 559.00 | 0.00 | 0.00 |
| 3 | Frank Paxton Lumber Company, LLC | 42,484.00 | 0.00 | 0.00 |
| 4 | Platte River Insurance Co. | 15,000.00 | 0.00 | 0.00 |
| 5 | Midwest/Metro Hardwood | 13,533.00 | 0.00 | 0.00 |
| 6 -2 | CHASE BANK USA, NA | 11,315.27 | 0.00 | 0.00 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 22,444.22 | 0.00 | 0.00 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 22,544.62 | 0.00 | 0.00 |
| 11U | Herbert M. Hay | 9,223.06 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 602,675.64 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 12 | First National Bank of McHenry | 602,675.64 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $      0.00

Remaining balance:      $      0.00

**UST Form 101-7-TFR (05/1/2011)**