# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ADAMS, DOUGLAS M. § | Case No. 08-20217 |
| ADAMS, LEANNE § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on March 15, 2013 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 02/07/2013         By: /s/JOHN E. GIERUM
                                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: ADAMS, DOUGLAS M. | § | Case No. 08-20217 |
| ADAMS, LEANNE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 46,658.03 |
| and approved disbursements of | $ 1,678.25 |
| leaving a balance on hand of [1] | $ 44,979.78 |
| **Balance on hand:** | $ 44,979.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 44,979.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 23,632.90 | 0.00 | 23,632.90 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 1,104.00 | 0.00 | 1,104.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 24,736.90 |
| Remaining balance: | $ 20,242.88 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,242.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $225,504.21 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 11,790.14 | 0.00 | 1,081.49 |
| 2P-2 | Illinois Department of Revenue | 3,893.00 | 0.00 | 357.10 |
| 10 | Internal Revenue Service | 205,000.00 | 0.00 | 18,804.29 |

Total to be paid for priority claims: $ 20,242.88
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,103.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U-2 | Illinois Department of Revenue | 559.00 | 0.00 | 0.00 |
| 3 | Frank Paxton Lumber Company, LLC | 42,484.00 | 0.00 | 0.00 |
| 4 | Platte River Insurance Co. | 15,000.00 | 0.00 | 0.00 |
| 5 | Midwest/Metro Hardwood | 13,533.00 | 0.00 | 0.00 |
| 6-2 | CHASE BANK USA, NA | 11,315.27 | 0.00 | 0.00 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 22,444.22 | 0.00 | 0.00 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 22,544.62 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 11U | Herbert M. Hay | 9,223.06 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 602,675.64 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | First National Bank of McHenry | 602,675.64 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                              Case No. 08-20217-ABG
Douglas M Adams                                                     Chapter 7
Leanne Adams
        Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cturner              Page 1 of 3                  Date Rcvd: Feb 08, 2013
                              Form ID: pdf006            Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2013.
db/jdb         Douglas M Adams,    Leanne Adams,    PO Box 08016,    Ft Meyers, FL 33909
aty           +William J Mantas,   Gierum & Mantas,    9700 West Higgins Road,    Suite 1015,
                Rosemont, IL 60018-4712
12480606      +Adams Stair Works & Carpentry, Inc.,    c/o Douglas and Leanne Adams,    145 Parker Drive,
                Grayslake, IL 60030-3602
12480607      +Associated Bank,    200 North Adams,    Green Bay, WI 54301-5174
12480608     #+Associated Bank Leasing,    P. O. Box 42,    Red Wing, MN 55066-0042
12480612      +Bank Of America,    P. O. Box 17054,    Wilmington, DE 19884-0001
12480613      +Bank of America,    P. O. Box 26012,    Greensboro, NC 27420-6012
12480610       Bank of America,    P. O. Box 15170,    Wilmington, DE 19886-5710
12480614      +BlueStar Energy Service,    14034 Collection Center Dr.,     Chicago, IL 60693-0140
12480615     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     P. O. Box 85520,    Richmond, VA 23285)
14349705       CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12480620      +Chase,   P. O. Box 100018,    Kennesaw, GA 30156-9204
12480618      +Chase,   800 Brooksedge Blvd,     Westerville, OH 43081-2822
12480621      +Chicago Regional Council,    of Carpenters,    12 East Erie Street,    Chicago, IL 60611-2767
12480623      +Citibank,   c/o Northland Group,     P. O. Box 390905,    Edina, MN 55439-0905
12480624      +Citizens Caf,    480 Jefferson Blvd,    Warwick, RI 02886-1359
12480626       Everest National Insurance,    477 Martinsville Road,     P. O. Box 830,
                Liberty Corner, NJ 07938-0830
12480628     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,     Fifth Third Center,    Cincinnati, OH 45263)
12480627      +Fifth Third Bank,    1850 East Paris,    Grand Rapids, MI 49546-6210
12480631      +First Personal Bank,    14701 Ravinia,    Orland Park, IL 60462-3100
12480632      +First Personal Bank/Nat.Mach.,    c/o Deborah S. Ashen, Ltd.,     217 N. Jefferson St., #600,
                Chicago, IL 60661-1114
12883569      +Frank Paxton Lumber Company, LLC,     5701 West 66th Street,    Chicago, IL 60638-6201
13613470      +H/S Builders LLC,    4300 Lincoln Avenue Unit Q,    Rolling Meadows, IL 60008-1157
12480636      +HSBC Bank/GM Card,    P. O. Box 5213,    Carol Stream, IL 60197-5213
12480637      +HSBC Bank/GM Card,    P. O. Box 5253,    Carol Stream, IL 60197-5253
12480633      +Harris N. A.,    3800 West Golf Road,    Suite 300,    Rolling Meadows, IL 60008-4005
12480634      +Herbert M. Hay,    148 Cecelia Street,    Grayslake, IL 60030-1510
12480635       Home Depot PROX,    c/o PRO Consulting,    P. O. Box 66768,    Houston, TX 77266-6768
12480640      +IL Dept. of Employment Security,    33 South State Street,     Chicago, IL 60603-2808
12480641     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,     Bankruptcy Section, Level 7-425,
                100 West Randolph Street,    Chicago, IL 60606)
12480639      +Igor Livshin,    c/o Frank M. Greenfield,    200 W. Madison St., #710,    Chicago, IL 60606-3415
12512469      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808
13507052       Internal Revenue Service,    Attn: Lawrence M. Kagan,     5100 River Road,
                Schiller Park, IL 60176-1058
12480644      +Irwin Commercial Financial,    330 120th Avenue,    Bellevue, WA 98005-3014
12719091      +Jason allen,    439 Freeman Street,    Genoa city, MO 53128-2011
12719094      +Metro Hardwoods,    N173 W20855 Metro Court,    Jackson, WI 53037-9359
12719093      +Michael L Scherer,    2415 Gideon Avenue,    Zion, IL 60099-2236
12480647      +Midwest/Metro Hardwood,    Marso, Michelson & Harrigan,     3101 Irving Avenue South,
                Minneapolis, MN 55408-2516
12480649      +Robert and Margaret Adams,    Living Trust,    11069 Harbour Yacht Ct, #101,
                Fort Myers, FL 33908-1107
12480650      +State Bank Of The Lake,    440 Lake Street,    Antioch, IL 60002-1478
12719092      +Terry Hawkins,    9045 24th Avenue,    Kenosha, WI 53143-6653
12480651      +Thomas A. Rosenquist,    c/o Attorney Sid Glick,    P. O. Box 400,    Libertyville, IL 60048-0400
12480652      +Thomas A. Rosenquist,    P. O. Box L,    Libertyville, IL 60048-4912
12480654      +UNVL/Citibank,    P. O. Box 6241,    Sioux Falls, SD 57117-6241
12480653      +UNVL/Citibank,    P. O. Box 20507,    Kansas City, MO 64195-0507
12480655     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    P. O. Box 5227,    Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12997181      +E-mail/Text: bncmail@w-legal.com Feb 09 2013 12:39:18      CHASE BANK USA,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12480622      +E-mail/Text: HWIBankruptcy@hunterwarfield.com Feb 09 2013 12:38:39       Citgo,
                c/o Hunter Warfield,    3111 W. Dr. MLK Blvd., #200,    Tampa, FL 33607-6232
12480625      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 09 2013 11:57:04      Discover Financial,
                P. O. Box 3025,    New Albany, OH 43054-3025
13485070       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 09 2013 11:57:15
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK 73124-8809
12480629      +E-mail/Text: sjd@firstmchenry.com Feb 09 2013 11:47:38       First National Bank of McHenry,
                Susan J Dubs,    9705 Prairie Ridge Rd,    Richmond, IL 60071-9112
```

```
District/off: 0752-1           User: cturner              Page 2 of 3             Date Rcvd: Feb 08, 2013
                               Form ID: pdf006            Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12480638      +Fax: 732-352-7538 Feb 09 2013 12:12:49     HSBC Mortgage Corp USA,   2929 Walden Avenue,
               Depew, NY 14043-2690
12480642       E-mail/Text: cio.bncmail@irs.gov Feb 09 2013 11:38:47     Internal Revenue Service,
               230 South Dearborn Street,   Stop 5014CHI,   Chicago, IL 60604
12480645      +Fax: 262-619-8392 Feb 09 2013 13:12:56     Johnson Bank,   555 Main Street,
               Racine, WI 53403-1000
12480648      +E-mail/Text: bankruptcy@jomaxrecovery.com Feb 09 2013 12:14:04     Platte River Insurance Co.,
               c/o Jomax Recovery,   20325 N. 51st Ave., #134,   Glendale, AZ 85308-5677
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12480609*     +Associated Bank Leasing,    P. O. Box 42,   Red Wing, MN 55066-0042
12480616*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,    P. O. Box 5155,   Norcross, GA 30091)
12480617*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,    P. O. Box 5155,   Norcross, GA 30091)
12480619*     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12480630*     +First National Bank of McHenry,    Susan J Dubs,   9705 Prairie Ridge Rd,
               Richmond, IL 60071-9112
12480643*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    230 South Dearborn Street,   Stop 5014CHI,
               Chicago, IL 60604)
12480646*     +Johnson Bank,   555 Main Street,   Racine, WI 53403-1000
12480656*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    P. O. Box 5229,   Cincinnati, OH 45201)
12480611    ##+Bank Of America,    P. O. Box 1598,   Norfolk, VA 23501-1598
                                                                                       TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: cturner              Page 3 of 3                  Date Rcvd: Feb 08, 2013
                              Form ID: pdf006           Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2013 at the address(es) listed below:

        James T Magee    on behalf of Joint Debtor Leanne  Adams bankruptcy@mageenegele.com
        James T Magee    on behalf of Debtor Douglas M Adams bankruptcy@mageenegele.com
        John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net, IL25@ecfcbis.com
        John E Gierum    jgierum@7trustee.net, IL25@ecfcbis.com
        Kimberly A Bacher    on behalf of Creditor   MB Financial Bank, N.A. kbacher@shawfishman.com,
        bharrington@shawfishman.com
        Kimberly J. Weissman    on behalf of Creditor   Associated Bank NA kimberly@weissmanlegal.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas P. Sandquist    on behalf of Creditor   First National Bank of McHenry tsandquist@wilmac.com
        Vipin R Gandra    on behalf of Other Prof. Thomas  Rosenquist vipingandra@yahoo.com
                                                      TOTAL: 9