**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ADAMS, DOUGLAS M. | § Case No. 08-20217 |
| ADAMS, LEANNE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOHN E. GIERUM, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $619,378.00         Assets Exempt: $151,172.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,242.88     Claims Discharged
                                                 Without Payment: $945,040.14

Total Expenses of Administration: $26,415.15

---

   3)  Total gross receipts of $     46,658.03   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         0.00   (see **Exhibit 2**), yielded net receipts of $46,658.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,415.15 | 26,415.15 | 26,415.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 225,504.21 | 225,504.21 | 20,242.88 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 739,778.81 | 739,778.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $991,698.17 | $991,698.17 | $46,658.03 |

4) This case was originally filed under Chapter 7 on August 01, 2008. The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/03/2013           By: /s/JOHN E. GIERUM
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate 145 Parker Drive (s) | 1110-000 | 4,856.13 |
| Corporate Circle LLC Interest) Estimated Value | 1123-000 | 41,779.00 |
| Interest Income | 1270-000 | 22.90 |
| **TOTAL GROSS RECEIPTS** | | **$46,658.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 1,104.00 | 1,104.00 | 1,104.00 |
| JOHN E. GIERUM | 2100-000 | N/A | 23,632.90 | 23,632.90 | 23,632.90 |
| JOHN E. GIERUM | 2200-000 | N/A | 82.47 | 82.47 | 82.47 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| John E. Gierum | 2300-000 | N/A | 3.78 | 3.78 | 3.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 89.39 | 89.39 | 89.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 105.17 | 105.17 | 105.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 95.37 | 95.37 | 95.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 92.01 | 92.01 | 92.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 101.33 | 101.33 | 101.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 94.78 | 94.78 | 94.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 100.63 | 100.63 | 100.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 90.93 | 90.93 | 90.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 93.85 | 93.85 | 93.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 90.54 | 90.54 | 90.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 102.83 | 102.83 | 102.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 90.15 | 90.15 | 90.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.25 | 68.25 | 68.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 96.04 | 96.04 | 96.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.56 | 86.56 | 86.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 101.82 | 101.82 | 101.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 92.35 | 92.35 | 92.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $26,415.15 | $26,415.15 | $26,415.15 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 5800-000 | N/A | 11,790.14 | 11,790.14 | 1,081.49 |
| 2P-2 | Illinois Department of Revenue | 5800-000 | N/A | 3,893.00 | 3,893.00 | 357.10 |
| 7 | Terry Hawkins | 5300-000 | N/A | 3,681.49 | 3,681.49 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Internal Revenue Service | 5800-000 | N/A | 205,000.00 | 205,000.00 | 18,804.29 |
| 11P | Herbert M. Hay | 5300-000 | N/A | 1,139.58 | 1,139.58 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $225,504.21 | $225,504.21 | $20,242.88 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U-2 | Illinois Department of Revenue | 7100-000 | N/A | 559.00 | 559.00 | 0.00 |
| 3 | Frank Paxton Lumber Company, LLC | 7100-000 | N/A | 42,484.00 | 42,484.00 | 0.00 |
| 4 | Platte River Insurance Co. | 7100-000 | N/A | 15,000.00 | 15,000.00 | 0.00 |
| 5 | Midwest/Metro Hardwood | 7100-000 | N/A | 13,533.00 | 13,533.00 | 0.00 |
| 6 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 11,315.27 | 11,315.27 | 0.00 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 22,444.22 | 22,444.22 | 0.00 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 22,544.62 | 22,544.62 | 0.00 |
| 11U | Herbert M. Hay | 7100-000 | N/A | 9,223.06 | 9,223.06 | 0.00 |
| 12 | First National Bank of McHenry | 7200-000 | N/A | 602,675.64 | 602,675.64 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $739,778.81 | $739,778.81 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20217  
**Case Name:** ADAMS, DOUGLAS M.  
ADAMS, LEANNE  
**Period Ending:** 12/03/13

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/01/08 (f)  
**§341(a) Meeting Date:** 09/15/08  
**Claims Bar Date:** 02/10/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real estate 145 Parker Drive   (s) | 430,000.00 | 77,219.24 | | 4,856.13 | FA |
| 2 | 2-72Vacant Land 4Lots 1, 2, 3 and 4 Brazel Lake, | 200,000.00 | 0.00 | | 0.00 | FA |
| 3 | Deposits of Money | 37.00 | 0.00 | | 0.00 | FA |
| 4 | PDeposits of Money City Bank | 4,261.00 | 1,773.00 | | 0.00 | FA |
| 5 | 32Deposits of Money Bank of the Lakes | 152.00 | 152.00 | | 0.00 | FA |
| 6 | Living Room Furniture and Televisions video, and | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | DVD Players, VCR and Stereo | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Bedroom Sets, Washer and Dryer | 650.00 | 0.00 | | 0.00 | FA |
| 9 | Dining Room Set, Kitchen Table and Chairs | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Utensils, Stove, Refrigerator and Microwave | 475.00 | 0.00 | | 0.00 | FA |
| 11 | Wearing Apparel | 750.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | Cash Surrender Value in Life Insurance | 39,154.00 | 0.00 | | 0.00 | FA |
| 14 | Cash Surrender Value in Life Insurance American | 10,814.00 | 0.00 | | 0.00 | FA |
| 15 | 401K Plan | 37,807.00 | 0.00 | | 0.00 | FA |
| 16 | DF401K Plan Funds | 19,847.00 | 0.00 | | 0.00 | FA |
| 17 | Adams Stair Works & Carpentry, Inc. businesses. | 500.00 | 0.00 | | 0.00 | FA |
| 18 | Corporate Circle LLC Interest) Estimated Value | 280,000.00 | 280,000.00 | | 41,779.00 | FA |
| 19 | Progress Drive, LLC Interest) Estimated Value | 150,000.00 | 150,000.00 | OA | 0.00 | FA |
| 20 | Grayslake Ventures, LLC Interest) Estimated Val | 44,000.00 | 44,000.00 | OA | 0.00 | FA |
| 21 | Street Brokerage Accounts 247332 and AFO 010057 | 87,081.00 | Unknown | | 0.00 | FA |
| 22 | 2003 Ford Explorer (75000 miles) and accessories | 5,000.00 | 1,596.00 | | 0.00 | FA |
| 23 | Chevrolet Colorado Pick Up (40,000 miles) With C | 15,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 22.90 | FA |
| **24** | **Assets   Totals** (Excluding unknown values) | **$1,329,378.00** | **$554,740.24** | | **$46,658.03** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-20217
**Case Name:** ADAMS, DOUGLAS M.
ADAMS, LEANNE
**Period Ending:** 12/03/13

**Trustee:** (520171)   JOHN E. GIERUM
**Filed (f) or Converted (c):** 08/01/08 (f)
**§341(a) Meeting Date:** 09/15/08
**Claims Bar Date:** 02/10/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

TFR sent to USTee, awaiting review to file

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011   **Current Projected Date Of Final Report (TFR):**   February 7, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-20217  
**Case Name:** ADAMS, DOUGLAS M.  
ADAMS, LEANNE  
**Taxpayer ID #:** \*\*-\*\*\*5466  
**Period Ending:** 12/03/13

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*82-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/08 | {1} | Saturn Title LLC | SALE PROCEEDS | 1110-000 | 4,856.13 | | 4,856.13 |
| 11/03/08 | | Saturn Title | SALE PROCEEDS        391,000.00 | 1110-000 | | | 4,856.13 |
| 11/03/08 | | | Liens               -322,780.76 | 4110-000 | | | 4,856.13 |
| 11/03/08 | | | Realtor's fee        -19,825.00 | 3510-000 | | | 4,856.13 |
| 11/03/08 | | | Property Tax (pre-petition)  -7,376.12 | 4700-000 | | | 4,856.13 |
| 11/03/08 | | | Property tax (post-petition) -1,844.03 | 2820-000 | | | 4,856.13 |
| 11/03/08 | | | Homestead exemption  -30,000.00 | 8100-002 | | | 4,856.13 |
| 11/03/08 | | | Costs to sell        -4,317.96 | 2500-000 | | | 4,856.13 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.31 | | 4,856.44 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 4,856.78 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,856.97 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,857.15 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 4,857.36 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,857.55 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,857.74 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 4,857.95 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,858.15 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,858.35 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,858.54 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,858.73 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,858.93 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,859.13 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,859.32 |
| 02/12/10 | | To Account #\*\*\*\*\*\*\*\*8266 | TRANSFER OF FUNDS | 9999-000 | | 3.78 | 4,855.54 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,855.72 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 4,855.93 |
| 04/06/10 | {18} | Corporate Circle L.L.C. | SALE PROCEEDS | 1129-000 | 36,000.00 | | 40,855.93 |
| 04/06/10 | {18} | Corporate Circle L.L.C. | Dividend | 1123-000 | 5,779.00 | | 46,634.93 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.82 | | 46,635.75 |
| 04/20/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*8265 | Wire out to BNYM account 9200\*\*\*\*\*\*8265 | 9999-000 | -46,635.75 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3.78** | **3.78** | **$0.00** |
| | | | Less: Bank Transfers | | -46,635.75 | 3.78 | |
| | | | **Subtotal** | | **46,639.53** | **0.00** | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,639.53** | **$-30,000.00** | |

{} Asset reference(s)

Printed: 12/03/2013 09:49 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-20217  
**Case Name:** ADAMS, DOUGLAS M.  
ADAMS, LEANNE  
**Taxpayer ID #:** **-***5466  
**Period Ending:** 12/03/13

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****82-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/10 | | From Account #********8265 | TRANSFER OF FUNDS | 9999-000 | 3.78 | | 3.78 |
| 02/12/10 | 101 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 08-20217 | 2300-000 | | 3.78 | 0.00 |
| | | | ACCOUNT TOTALS | | 3.78 | 3.78 | $0.00 |
| | | | Less: Bank Transfers | | 3.78 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3.78** | |

{} Asset reference(s)                    Printed: 12/03/2013 09:49 AM    V.13.13

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-20217  
**Case Name:** ADAMS, DOUGLAS M.  
ADAMS, LEANNE  
**Taxpayer ID #:** **-***5466  
**Period Ending:** 12/03/13  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******82-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8265 | Wire in from JPMorgan Chase Bank, N.A. account ********8265 | 9999-000 | 46,635.75 | | 46,635.75 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.98 | | 46,636.73 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.77 | | 46,639.50 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.68 | | 46,642.18 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.78 | | 46,644.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.77 | | 46,647.73 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,648.11 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,648.50 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,648.88 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,649.27 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,649.66 |
| 02/04/11 | | To Account #9200******8266 | TRANSFER OF FUNDS | 9999-000 | | 40.73 | 46,608.93 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 46,609.28 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,609.67 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,610.05 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,610.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,610.82 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,611.21 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 89.39 | 46,521.82 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,522.21 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 108.36 | 46,413.85 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.19 | 46,417.04 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,417.42 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.37 | 46,322.05 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,322.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.01 | 46,230.43 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 46,230.80 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.33 | 46,129.47 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,129.86 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.78 | 46,035.08 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,035.47 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.63 | 45,934.84 |
| 02/07/12 | | To Account #9200******8266 | TRANSFER OF FUNDS | 9999-000 | | 41.74 | 45,893.10 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.93 | 45,802.17 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.85 | 45,708.32 |

Subtotals : $46,654.25 $945.93

{} Asset reference(s)            Printed: 12/03/2013 09:49 AM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-20217  
**Case Name:** ADAMS, DOUGLAS M.  
ADAMS, LEANNE  
**Taxpayer ID #:** **-***5466  
**Period Ending:** 12/03/13  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******82-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.54 | 45,617.78 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 102.83 | 45,514.95 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.15 | 45,424.80 |
| 07/09/12 | | To Account #9200******8266 | TRANSFER OF FUNDS | 9999-000 | | 45,424.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 46,654.25 | 46,654.25 | $0.00 |
| | | | Less: Bank Transfers | | 46,635.75 | 45,507.27 | |
| | | | **Subtotal** | | **18.50** | **1,146.98** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18.50** | **$1,146.98** | |

{} Asset reference(s)                                                                                     Printed: 12/03/2013 09:49 AM   V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-20217  
**Case Name:** ADAMS, DOUGLAS M.  
ADAMS, LEANNE  
**Taxpayer ID #:** **-***5466  
**Period Ending:** 12/03/13  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******82-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******8265 | TRANSFER OF FUNDS | 9999-000 | 40.73 | | 40.73 |
| 02/07/11 | 10102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #08-20217, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 40.73 | 0.00 |
| 02/07/12 | | From Account #9200******8265 | TRANSFER OF FUNDS | 9999-000 | 41.74 | | 41.74 |
| 02/10/12 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #08-20217, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 41.74 | 0.00 |
| 07/09/12 | | From Account #9200******8265 | TRANSFER OF FUNDS | 9999-000 | 45,424.80 | | 45,424.80 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.25 | 45,356.55 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 96.04 | 45,260.51 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.56 | 45,173.95 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.82 | 45,072.13 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.35 | 44,979.78 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 44,979.78 | 0.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 45,507.27 | 45,507.27 | $0.00 |
| Less: Bank Transfers | 45,507.27 | 44,979.78 | |
| **Subtotal** | **0.00** | **527.49** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$527.49** | |

{} Asset reference(s)

Printed: 12/03/2013 09:49 AM    V.13.13

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 08-20217  
**Case Name:** ADAMS, DOUGLAS M.  
ADAMS, LEANNE  
**Taxpayer ID #:** **-***5466  
**Period Ending:** 12/03/13

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****653766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 44,979.78 | | 44,979.78 |
| 03/18/13 | 20104 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 23,632.90 | 21,346.88 |
| 03/18/13 | 20105 | Lois West, Popowcer Katten, Ltd. | First and Final Distribution | 3410-000 | | 1,104.00 | 20,242.88 |
| 03/18/13 | 20106 | Illinois Department of Employment Security | First and Final Distribution | 5800-000 | | 1,081.49 | 19,161.39 |
| 03/18/13 | 20107 | Douglas Adams | Subrogation of Claim 2P-2 | 5800-000 | | 357.10 | 18,804.29 |
| 03/18/13 | 20108 | Internal Revenue Service | First and Final Distribution | 5800-000 | | 18,804.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 44,979.78 | 44,979.78 | $0.00 |
| | | | Less: Bank Transfers | | 44,979.78 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 44,979.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$44,979.78** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****82-65** | 46,639.53 | -30,000.00 | 0.00 |
| **Checking # ***-*****82-66** | 0.00 | 3.78 | 0.00 |
| **Checking # 9200-******82-65** | 18.50 | 1,146.98 | 0.00 |
| **Checking # 9200-******82-66** | 0.00 | 527.49 | 0.00 |
| **Checking # ****653766** | 0.00 | 44,979.78 | 0.00 |
| | $46,658.03 | $46,658.03 | $0.00 |

{} Asset reference(s)

Printed: 12/03/2013 09:49 AM   V.13.13